# The Law Office of Olga Vinogradova, P.C.

1700 Broadway, 21st Floor, New York, NY 10019
PHONE 347.903.2876 • FAX 212.500.0973 • olga@vinogradovalaw.com • www.vinogradovalaw.com

July 5, 2017

<u>*Via ECF*</u>

Honorable Arlene R. Lindsay
United States Magistrate Judge
Eastern District of New York
814 Federal Plaza
Central Islip, New York 11722

      Re:    <u>*Basil Seggos, et al. v. Thomas Datre Jr., et al.*</u>
              <u>Civil Action No.: 2:17-CV-2684 (SJF)(ARL)</u>

Your Honor:

      This firm represents defendant Plus K Construction Inc. ("Plus K") in the above-referenced action. On behalf of Plus K, we submit this letter to respectfully request that Plus K's time to answer, move or otherwise respond to the complaint of plaintiff Basil Seggos ("Plaintiff") be extended to and including July 19, 2017. Assistant Attorney General Rebecca Fromer consented to this request on behalf of the Plaintiff.

      Your Honor's time and consideration of this matter is appreciated.

                                            Respectfully Submitted

                                            Olga Vinogradova

cc:   All Counsel
       (via ECF)