UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

BASIL SEGGOS, as Commissioner of the New York State Department of Environmental Conservation and Trustee of New York State's Natural Resources, and the STATE OF NEW YORK,

                        Plaintiffs,

-against-

THOMAS DATRE, JR.; CHRISTOPHER GRABE; 5 BROTHERS FARMING CORP.; DAYTREE AT CORTLAND SQUARE INC.; IEV TRUCKING CORP.; COD SERVICES CORP.; ALL ISLAND MASONRY & CONCRETE, INC.; BUILDING DEV CORP.; DIMYON DEVELOPMENT CORP.; NEW EMPIRE BUILDER CORP.; CIPRIANO EXCAVATION INC.; TOUCHSTONE HOMES LLC; SAMS RENT AND CONSTRUCTION; SAM'S RENT, INC.; NEW YORK MAJOR CONSTRUCTION INC.; EAST COAST DRILLING NY INC.; TRITON CONSTRUCTION COMPANY, LLC; SUKRAM AND SONS LTD.; M & Y DEVELOPERS INC.; "JOHN DOE"; ATRIA BUILDERS, LLC; WOORI CONSTRUCTION INC.; PLUS K CONSTRUCTION INC.; NY FINEST ENTERPRISES INC.; MONACO CONSTRUCTION CORP.; ALEF CONSTRUCTION INC.; 158 FRANKLIN AVE. LLC; LUCIANO'S CONSTRUCTION, INC.; ILE CONSTRUCTION GROUP, INC.; EAST END MATERIALS, INC.; SPARROW CONSTRUCTION CORP.; CIANO CONCRETE CORP.; FREEDOM CITY CONTRACTING CORP.; and TOTAL STRUCTURE SERVICES INC.,

                        Defendants.

**VERIFIED ANSWER TO CROSS CLAIM OF DEFENDANT ATRIA BUILDERS, LLC**

CIV NO. 2:17-CV-2684

---

S I R (S):

    The defendant, NEW EMPIRE BUILDER CORP., as and for its answer to the cross claim of defendant, ATRIA BUILDERS, LLC, upon information and belief states as follows:

1. Defendant denies each and every allegation contained in the cross claim of defendant ATRIA BUILDERS, LLC contained in paragraph 260 of their Verified Answer dated August 1, 2017.

**WHEREFORE**, defendant, NEW EMPIRE BUILDER CORP., demands judgment against co-defendant on dismissing the cross claim and herein as against the defendant, together with the costs and disbursements of this action.

Dated:   Bohemia, New York
         August 8, 2017

                                    Yours, etc.,
                                    **DESENA & SWEENEY, LLP**

                                    _____
                                    PAUL J. FELICIONE, ESQ. (PF-7795)
                                    Attorneys for Defendant
                                    NEW EMPIRE BUILDER CORP.
                                    1500 Lakeland Avenue
                                    Bohemia, New York 11716
                                    631-360-7333

STATE OF NEW YORK, COUNTY SUFFOLK

The undersigned, an attorney admitted to practice in the Courts of New York State, shows: affirmant is PAUL J. FELICIONE, a partner in the law firm of **DeSENA & SWEENEY, LLP.,** attorney of record for NEW EMPIRE BUILDER CORP., in the within action; affirmant has read the foregoing **VERIFIED ANSWER TO CROSS CLAIM** and knows the contents thereof; the same is true to affirmant's own knowledge, except as to the matters therein stated to be alleged on information and belief and that as to those matters affirmant believes it to be true. This verification is made by affirmant and not by NEW EMPIRE BUILDER CORP., in that he is not within the County where undersigned has his office.

The grounds of affirmant's belief as to all matters not stated upon affirmant's knowledge are as follows: investigations made relative to the subject matter, information and records, in his file.

The undersigned affirms that the foregoing statements are true, under the penalties of perjury.

Dated: Bohemia, New York
August 8, 2017

_____
PAUL J. FELICIONE, ESQ. (PF-7795)

Case No. 2:17-CV-2684                                Year 2017

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

BASIL SEGGOS, as Commissioner of the New York State Department of Environmental conservation and Trustee of New York State's Natural Resources, and the STATE OF NEW YORK,

Plaintiffs,

-against-

THOMAS DATRE, JR.; CHRISTOPHER GRABE; 5 BROTHERS FARMING CORP.; DAYTREE AT CORTLAND SQUARE INC.; IEV TRUCKING CORP.; COD SERVICES CORP.; ALL ISLAND MASONRY & CONCRETE, INC.; BUILDING DEV CORP.; DIMYON DEVELOPMENT CORP.; NEW EMPIRE BUILDER CORP.; CIPRIANO EXCAVATION INC.; TOUCHSTONE HOMES LLC; SAMS RENT AND CONSTRUCTION; SAM'S RENT, INC.; NEW YORK MAJOR CONSTRUCTION INC.; EAST COAST DRILLING NY INC.; TRITON CONSTRUCTION COMPANY, LLC; SUKRAM AND SONS LTD.; M & Y DEVELOPERS INC.; "JOHN DOE"; ATRIA BUILDERS, LLC; WOORI CONSTRUCTION INC.; PLUS K CONSTRUCTION INC.; NY FINEST ENTERPRISES INC.; MONACO CONSTRUCTION CORP.; ALEF CONSTRUCTION INC.; 158 FRANKLIN AVE. LLC; LUCIANO'S CONSTRUCTION, INC.; ILE CONSTRUCTION GROUP, INC.; EAST END MATERIALS, INC.; SPARROW CONSTRUCTION CORP.; CIANO CONCRETE CORP.; FREEDOM CITY CONTRACTING CORP.; AND TOTAL STRUCTURE SERVICES INC.,

Defendants.

## VERIFIED ANSWER TO CROSS CLAIM

**DeSENA & SWEENEY, LLP**
*Attorneys at Law*
*Attorneys for* NEW EMPIRE BUILDER CORP.
1500 Lakeland Avenue
Bohemia, New York 11716
**(631) 360-7333**

Sir: Please take notice
☐ NOTICE OF ENTRY
that the within is a (*certified*) true copy of a                          duly entered in the office of the clerk of the within named Court on                          , 20  .
☐ NOTICE OF SETTLEMENT
that an order             of which the within is a true copy will be presented for settlement to the Honorable , one of the judges of the within named court at on             , 20        at        M.
Yours etc.,

**DeSENA & SWEENEY, LLP**
*Attorneys for*
NEW EMPIRE BUILDER CORP.
1500 Lakeland Avenue
Bohemia, NY 11716
(631) 360-7333