# DeSena & Sweeney, LLP

LOUIS J. DeSENA, ESQ.
ROBERT P. SWEENEY, ESQ.
PAUL J. FELICIONE, ESQ.

**1500 Lakeland Avenue**
**Bohemia, NY 11716**
**(631) 360-7333**

LINDA M. CHETKOF, ESQ.
SHAWN P. O'SHAUGHNESSY, ESQ.
BRIAN P. CALLAHAN, ESQ.
DANIEL B. BOYLE, ESQ.
JOSEPH F. FERRETTE, ESQ.
ARTHUR T. WADE, ESQ.
MICHAEL J. KELLY, ESQ.
MATTHEW MARINO, ESQ
DAREN ATKINSON, ESQ.
CHRISTOPHER J. POWER, ESQ
ANTHONY PALMIOTTO, ESQ

August 15, 2017

*Of Counsel:*
RICHARD D. SCHWARTZER, ESQ.

Via ECF:
State of New York Office of the Attorney General
120 Broadway, 26th Floor
New York, NY 10271-0332
Attn: Rebecca Fromer, Esq., Assistant Attorney General

All remaining Counsel of record and parties in this matter (see service rider)

RE: Seggos v. Datre et al.
Case No. 2:17-cv-02684

Dear Ms. Fromer and Counselors:

Our office represents Defendant New Empire Builder Corp. in the above referenced matter. Enclosed please find our Motion to Dismiss, specifically for an Order dismissing this action against New Empire Builder Corp. pursuant to Fed. R. Civ. P. 12(c) for judgment on the pleadings for the failure to state a cause of action and further granting Defendant New Empire Builder Corp. such other further and/or different relief as this Court deems just and proper. This includes our Notice of Motion, Declaration, Exhibits and Memorandum of Law.

Pursuant to the Individual Rules of Hon. Sandra J. Feuerstein, U.S.D.J., opposition papers, if any, are due within fourteen (14) days of service of these moving papers. If opposition papers cannot be prepared within this fourteen day period, we may agree to a later due date, informing the Court in writing of the consensual briefing schedule. Moreover, only a copy of your cover letter shall be filed. We will have seven (7) days to serve our reply, absent agreement for more time. As the moving party, we will file all papers via ECF following the Court's "Bundle Rule".

Very truly yours,

Paul J. Felicione, Esq.

PJF/amc

SERVICE RIDER

Mihir Ashok Desai
Attorney for Plaintiff THE STATE OF NEW YORK
120 Broadway, 26th Floor
New York NY 10271

Barbara S. Albom
Attorney for EAST END MATERIALS, INC.
166 Mercer St, Suite 3a
New York NY 10012

David Antwork
Attorney for 5 BROTHERS FARMING CORP.
1757 Merrick Ave, Suite 2015
Merrick NY 11566

Sahn Ward Coschignano & Baker PLLC
Attorneys for TOUCHSTONE HOMES LLC
333 Earle Ovington Blvd, Suite 601
Uniondale NY 11553

Campanelli & Associates, PC
Attorneys for DAYTREE AT CORTLAND SQUARE INC.
1757 Merrick Ave, Suite 204
Merrick NY 11566

Hogan & Cassell LLP
Attorneys for IEV TRUCKING CORP.
500 North Broadway, Suite 153
Jericho, NY 11753

Periconi LLC
Attorneys for SPARROW CONSTRUCTION CORP. and MONACO CONSTRUCTION CORP.
260 Madison Ave Fl 15
New York, NY 10016

Jaspan, Schlesinger & Hoffman, LLP
Attorneys for COD SERVICES CORP.
300 Garden City Plaza
Garden City NY 11530

Westermann Sheehy Keenan Samann & Aydelott, LLP
Attorneys for TRITON CONSTRUCTION COMPANY, LLC
333 Earle Ovington Blvd, Suite 702
Uniondale NY 11553

Cohen & Gresser LLP
Attorneys for BUILDING DEV CORP. and DIMYON DEVELOPMENT CORP.
800 Third Ave, 21st Floor
New York NY 10022

William A. Ruskin
Attorney for M&Y DEVELOPERS INC. and NEW YORK MAJOR CONSTRUCTION INC.
800 Westchester Ave, Suite N-641
Rye Brook NY 10573

Herrick, Feinstein LLP
Attorneys for ILE CONSTRUCTION GROUP, INC.
2 Park Avenue
New York NY 10016

Law Office of Olga Vinogradova
Attorneys for PLUS K CONSTRUCTION INC.
136 Madison Ave, Suite 501
New York NY 10016

Cermele & Wood LLP
Attorneys for EAST COAST DRILLING NY INC.
2 Westchester Park Dr, Suite 110
White Plains NY 10604

The Law Office of Mark E. Nadjar, P.C.
Attorneys for CIPRIANO EXCAVATION INC.
366 Veterans Memorial Hwy
Commack, NY 11725

Sive, Paget & Riesel P.C.
Attorneys for ATRIA BUILDERS, LLC
560 Lexington Ave., 15th Floor
New York, NY 10022

Piana & Gioe, LLC
Attorneys for ALL ISLAND MASONRY & CONCRETE
1200 Veterans Memorial Highway Suite 360
Hauppauge NY 11788

Christopher Grabe
28 Howard Drive
Coram NY 11727

Sams Rent and Construction
71-13 60th Lane
Ridgewood, NY 11385

Sams Rent, Inc.
188-16 Woodhull Avenue
Hollis, NY 11423

Sukram and Sons Ltd
PO Box 277
Copaigue NY 11726

Woori Construction Inc.
152-36 Roosevelt Avenue
Flushing NY 11354

NY Finest Enterprises Inc.
8502 7th Avenue
Brooklyn NY 11228

Alef Construction Inc.
4111 18th Avenue
Brooklyn NY 11218

Lucianos Construction, Inc.
35-05 105th Street, Apt. 3A
Corona, NY 11368

Ciano Concrete Corp.
35-05 105th Street, Apt 3A
Corona, NY 11368

Freedom City Contracting Corp.
1 Lawrence Road
Kings Park, NY 11754

Total Structure Services Inc.
133-49 Roosevelt Avenue, 2nd Floor
Flushing, NY 11354