# CIVIL CAUSE FOR INITIAL CONFERENCE

## BEFORE: JUDGE FEUERSTEIN

**DATE:** September 7, 2017    **TIME:** 11:15 a.m.

**CASE NUMBER:** 17-cv-02684 (SJF)(ARL)

**CASE TITLE:** Seggos et al v. Datre et al

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 07 2017 ★

LONG ISLAND OFFICE

**PLTFFS ATTY:** Matthew Sinkman, Rebecca Fromer
   X present    ___ not present

**DEFTS ATTY:** Samuel Bazian, Leo Salzman, Michael D. Cassell, Soejung Kim, Nathaniel P.T. Read, Jeffrey D. Lebowitz, Christopher E. Vatter, Jose A. Almanzar, Joseph Ray Bjarnson, David Antwork, Michael R. Wood Mark E. Nadjar, Amanda R. Disken, David Westermann , Jr., Michael F. Kuzow, Miriam E. Villani, Elizabeth Knauer, Brian P. Callahan, Barbara S. Albom

   X present    ___ not present

**COURT REPORTER:** N/A    **COURTROOM DEPUTY:** A. Corsini

**OTHER:** _____

X   CASE CALLED.

_   ARGUMENT HEARD / CONT'D TO _____.

_   DECISION:   ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

**OTHER:**. Plaintiff's oppositions due by 9/28/2017. Defendants' replies due by 10/19/2017. Motions will be referred to Magistrate Judge Arlene R. Lindsay. Discovery is stayed pending resolutions of motions to dismiss. A Status Conference is scheduled for 3/19/2018 at 11:15 a.m. before Judge Sandra J. Feuerstein in Courtroom 1010.