# DeSena & Sweeney, LLP

ROBERT P. SWEENEY, ESQ.
LOUIS J. DeSENA, ESQ.
PAUL J. FELICIONE, ESQ.

**1500 Lakeland Avenue**
**Bohemia, NY 11716**
**(631) 360-7333**

LINDA M. CHETKOF, ESQ.
SHAWN P. O'SHAUGHNESSY, ESQ.
BRIAN P. CALLAHAN, ESQ.
DANIEL B. BOYLE, ESQ.
JOSEPH F. FERRETTE, ESQ.
ARTHUR T. WADE, ESQ.
MICHAEL J. KELLY, ESQ.
MATTHEW MARINO, ESQ.
DAREN ATKINSON, ESQ.
CHRISTOPHER J. POWER, ESQ.
ANTHONY PALMIOTTO, ESQ.

*OF COUNSEL:*
RICHARD D. SCHWARTZER, ESQ.
PETER D. HOTIS, ESQ.

October 24, 2017

Hon. Sandra J. Feurstein, U.S.D.J
United States Courthouse
Eastern District of New York
814 Federal Plaza
Central Islip, NY 11722

Re: Seggos et al. v. Datre et al., Case No. 2:17-cv-02684 (SJF) (ARL)

Dear Judge Feuerstein:

Our office represents defendant New Empire Builder Corp. ("New Empire") in the above referenced matter. In accordance with your rules, please find enclosed the following documents in relation to our motion to dismiss:

1. Notice of Motion on behalf of New Empire;
2. Declaration in Support of Motion by Paul J. Felicione, Esq. on behalf of New Empire;
3. Memorandum of Law in Support of Motion on behalf of New Empire;
4. Plaintiffs' Memorandum of Law in Opposition to Motion by Matthew J. Sinkman, Esq.
5. Reply Memorandum of Law in Support of Motion by Paul Felicione, Esq.

Thank you for your consideration in this matter.

Respectfully submitted,

Paul J. Felicione, Esq.

Cc:
All parties