UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BASIL SEGGOS as Commissioner of the New York State
Department of Environmental Conservation and Trustee
of New York State's Natural Resources, et al.,

                              Plaintiffs,                **ORDER**
                                                                 17-CV-2684 (SJF) (ARL)

                         -against-

THOMAS DATRE, JR., et al.,

                              Defendants.
------------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

      Before the Court is the plaintiffs' request for oral argument with respect to the motions to dismiss filed by eight defendants in this action. That request is granted, in part. The Court will permit limited oral argument to the extent the State seeks to outline for the Court the varied grounds on which dismissal is being sought, to identify the defendants that have made like arguments and to briefly discuss the substance of those arguments. The Court intends to rely on the parties' written submissions, and therefore, does not require a comprehensive discussion of the merits of the claims or defenses already set forth in the motion papers. Accordingly, the presentation made by counsel for the State defendants will be limited to 15 minutes. Counsel for each group of defendants will be permitted 5 minutes to respond to the State's presentation. The State will be given 5 minutes to reply.

      Oral argument has been scheduled for December 14, 2017, at 2:30 p.m., to be held in Courtroom 814 in the United States Federal Courthouse in Central Islip.

Dated: Central Islip, New York        **SO ORDERED:**
       November 2, 2017

                                                   _____/s_____
                                                   ARLENE R. LINDSAY
                                                   United States Magistrate Judge