# WESTERMANN SHEEHY KEENAN SAMAAN & AYDELOTT, LLP

90 MERRICK AVENUE
SUITE 802
EAST MEADOW, NEW YORK 11554

TELEPHONE (516) 794-7500
TELECOPIER (516) 794-1277

DAVID WESTERMANN, JR.
CHRISTOPHER J. SHEEHY
CHRISTOPHER P. KEENAN*
PETER S. SAMAAN
STEPHEN J. GILLESPIE**
MICHAEL F. KUZOW***
MICHAEL F. MCGOWAN
JOANNE E. BELL
JAMIE B. JOHNSON
MICHAEL J. ROSENTHAL

BARBARA LITCHER-BUTLER
MATTHEW A. BIALOR
ATANASIO FERNANDEZ SANCHEZ
ASHLEY A. PRATT

OF COUNSEL
LEONARD M. RIDINI, JR.
ANTHONY SAMMARTANO
SETH D. ROSMARIN
MICHAEL MCDERMOTT
TIMOTHY J. LENANE
JUDITH A. AYDELOTT
GORDON B. AYDELOTT

* ALSO ADMITTED IN CT
** ALSO ADMITTED IN NJ
*** ALSO ADMITTED IN OK AND TX

WHITE PLAINS OFFICE
222 BLOOMINGDALE ROAD
SUITE 305
WHITE PLAINS, N.Y. 10605
TELEPHONE (914) 946-7770
TELECOPIER (914) 946-4587

NEW JERSEY OFFICE
THE COMMONS - SUITE 6
82 EAST ALLENDALE ROAD
SADDLE RIVER, N.J. 07458
TELEPHONE (201) 995-0890
TELECOPIER (201) 934-8681

CONNECTICUT OFFICE
745 POST ROAD
DARIEN, CT 06820
TELEPHONE (203) 661-8977

January 2, 2019

**VIA ECF & EMAIL**
All counsel
(See service list below)

Re: Seggos et al. v. Datre et al., Case No. 2:17-cv-02684-SJF-ARL

Dear Counsel:

This firm is counsel to defendant, Triton Construction Company, LLC (Triton).

Pursuant to Judge Feuerstein's Individual Rule (4)(B), we enclose a copy of the Affidavit of Frank Reich, Co-Chief Executive Officer of Triton, in support of the motion by the plaintiffs, Basil Seggos, Commissioner of New York's State Department of Environmental Conservation and Trustee of New York State's Natural Resources, and the State of New York (collectively, Seggos), for an order endorsing the proposed Settlement Decree between Triton and Seggos.

Pursuant to the Court's Order dated October 16, 2018, this Affidavit will be filed by Seggos on January 3, 2019, bundled with all other papers submitted on this motion.

Sincerely,

David Westermann, Esq.

DWJr./ca

Encl. (via email only)

## Service List

| Party Represented | Firm & Attorney's Name | Attorney's Email |
|---|---|---|
| Daytree at Cortland Square Inc. | Campanelli & Associates, P.C.:<br>Andrew J. Campanelli<br>Amanda Rose Disken | ajc@campanellipc.com<br>ard@campanellipc.com<br>ecf@campanellipc.com |
| IEV Trucking Corp. | Hogan & Cassell LLP:<br>Michael D. Cassell | mcassell@hogancassell.com |
| COD Services Corp. | Jaspan Schlesinger LLP:<br>Stanley A. Camhi<br>Christopher E. Vatter<br>Jeffrey D. Lebowitz | scamhi@jaspanllp.com<br>cvatter@jshllp.com<br>jlebowitz@jaspanllp.com |
| All Island Masonry & Concrete, Inc. | Law Office of Vincent J. Trimarco Jr.:<br>Vincent J. Trimarco Jr.<br><br>Piana & Gioe:<br>Jack Piana<br>Michael S. Leinoff | trimarco@trimarcolaw.com<br>jpiana@pianagioe.com<br>mleinoff@pianagioe.com |
| Building Dev Corp. and Dimyon Development Corp. | Cohen & Gresser LLP:<br>Nathaniel P.T. Read<br>Christian Everdell<br>Soejung Kim | nread@cohengresser.com<br>ceverdell@cohengresser.com<br>sjkim@cohengresser.com |
| New Empire Builder Corp. | Desena & Sweeney LLP:<br>Paul J. Felicione | pjfesq@dslawny.com |
| Cipriano Excavation Inc. | The Law Office of Mark E. Nadjar, P.C.:<br>Mark E. Nadjar | marknadjar@optonline.net |
| Touchstone Homes LLC | Sahn Ward Coschignano & Baker, PLLC:<br>Miriam E. Villani<br>Jon A. Ward<br>Joseph Ray Bjarnson<br>Ralph Branciforte | mvillani@swcblaw.com<br>jward@swc-law.com<br>jbjarnson@swcblaw.com<br>rbranciforte@swc-law.com |

| State of NY Office of the Attorney General | Matthew J. Sinkman<br>Rebecca Fromer<br>Monica Wagner | matthew.sinkman@ag.ny.gov<br>Rebecca.Fromer@ag.ny.gov<br>Monica.Wagner@ag.ny.gov |
|---|---|---|
| East Coast Drilling NY Inc. | Cermele & Wood LLP:<br>Michael Robert Wood | mike@cw.legal |
| Triton Construction Company, LLC | Westermann Hamilton Sheehy Aydelott & Keenan, LLP:<br>David Westermann, Jr. | Davidwestermann@westerlaw.com<br>michaelkuzow@westerlaw.com |
| Atria Builders, LLC | Sive Paget & Riesel, P.C.:<br>Elizabeth Read Knauer<br>Joyce E. Kung<br>Michael S. Bogin | eknauer@sprlaw.com<br>jkung@sprlaw.com<br>mbogin@sprlaw.com |
| Plus K Construction Inc. | The Law Office of Olga Vinogradova, P.C.:<br>Olga Vinogradova<br><br>Joshua Fingold | olga@vinogradovalaw.com<br>josh@fingoldlaw.com |
| Monaco Construction Corp. and Sparrow Construction Corp | Periconi LLC:<br>James Joseph Periconi<br>Jose A. Almanzar | jpericoni@periconi.com<br>jalmanzar@periconi.com |
| Alef Construction Inc. and 158 Franklin Ave. LLC | Leo Salzman | leo@salzmanesq.com |
| ILE Construction Group, Inc. | Stein Adler Dabah & Zelkowitz LLP:<br>Adam Stein<br>Jacob E. Lewin<br><br>Herrick & Feinstein, LLP:<br>Richard Y. Im<br>Samuel Judah Bazian | astein@steinadlerlaw.com<br>jlewin@steinadlerlaw.com<br>rim@herrick.com<br>sbazian@herrick.com |

| East End Materials, Inc. | Barbara S. Albom | balbom@albomlaw.com |