UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
BASIL SEGGOS, Commissioner of the New York State :
Department of Environmental Conservation and Trustee : **CASE NO. 2:17-cv-02684-SJF-ARL**
of New York State's Natural Resources, and the :
STATE OF NEW YORK, : **NOTICE OF MOTION**
 :
        Plaintiffs, :
 :
               -against- :
 :
THOMAS DATRE, JR. et al., :
 :
        Defendants. :
------------------------------------------------------------------- X

    **PLEASE TAKE NOTICE,** that upon the Declaration of Matthew J. Sinkman, dated November 20, 2018 and submitted in support of this Motion; the exhibits thereto; and the Memorandum of Law in Support of the State's Motion Requesting Entry of a Consent Decree Settling the State's Case Against Defendant Triton Construction Company, LLC; plaintiffs Basil Seggos, Commissioner of the New York State Department of Environmental Conservation and Trustee of New York State's Natural Resources, and the State of New York, move this Court (1) for an order approving the Consent Decree (ECF No. 344-1) and (2) for such other and further relief as the Court may deem just and proper.

    **PLEASE TAKE FURTHER NOTICE,** that pursuant to the schedule set by the Court, opposition papers, if any, must be served by December 20, 2018 and reply papers, if any, together with all other motion papers, will be filed by plaintiffs by January 3, 2019.

Dated: New York, New York
November 20, 2018

                              BARBARA D. UNDERWOOD
                              Attorney General of the State of New York
                              Attorney for Plaintiffs

By:   /s/ Matthew J. Sinkman
       Assistant Attorney General
       Environmental Protection Bureau
       28 Liberty Street, 19th Floor
       New York, New York 10005
       (212) 416-8446