C760188/2387577 - Special Master in Seggos V. Datre

**GARVEY DECLARATION EXHIBIT G**

| Third Party | Third Party Lawyer | Inv #10749076 02/20/18 | Inv #10755250 3/12/2018 | Total Billed | Pymts for 10749076 | Pymts for 10755250 | Total Payments | Balance Due |
|---|---|---|---|---|---|---|---|---|
| East End Materials, Inc. | c/o Barbara S. Albom<br>166 Mercer Street - Suite 3a<br>New York, NY 10012 | 1,940.23 | 5,673.26 | 7,613.49 | 0.00 | 0.00 | 0.00 | 7,613.49 |
| Sparrow Construction Corp. | Periconi, LLC<br>260 Madison Avenue, 15th FL<br>New York, NY 10016 | 1,940.23 | 5,673.26 | 7,613.49 | 1,940.23 | 0.00 | 1,940.23 | 5,673.26 |
| Monaco Construction Corp. | Periconi, LLC<br>260 Madison Avenue, 15th FL<br>New York, NY 10016 | 1,940.23 | 5,673.26 | 7,613.49 | 0.00 | 0.00 | 0.00 | 7,613.49 |
| 5 Brothers Farming Corp. | c/o David Antwork<br>1757 Merrick Avenue, Suite 205<br>Merrick, NY 11566 | 1,940.23 | 5,673.26 | 7,613.49 | 0.00 | 0.00 | 0.00 | 7,613.49 |
| Thomas Datre , Jr. | c/o David Antwork<br>1757 Merrick Avenue, Suite 205<br>Merrick, NY 11566 | 1,940.23 | 5,673.26 | 7,613.49 | 0.00 | 0.00 | 0.00 | 7,613.49 |
| ILE Construction Group, Inc. | Herrick, Feinstein LLP<br>2 Park Avenue<br>New York, NY  10016 | 1,940.23 | 5,673.26 | 7,613.49 | 0.00 | 0.00 | 0.00 | 7,613.49 |
| Atria Builders, LLC | Sive Paget & Riesel, P.C.<br>560 Lexington Avenue, 15th Floor<br>New York, NY  10022 | 1,940.23 | 5,673.26 | 7,613.49 | 1,940.23 | 0.00 | 1,940.23 | 5,673.26 |
| Touchstone Homes LLC | Sahn Ward Coschignano & Baker,<br>33 Earle Ovington Boulevard, Suite 601<br>Uniondale, NY  11553 | 1,940.23 | 5,673.26 | 7,613.49 | 0.00 | 0.00 | 0.00 | 7,613.49 |
| Daytree At Cortland Square Ir | Campanelli & Associates, P.C.<br>1757 Merrick Avenue, Suite 204<br>Merrick, NY  11566 | 1,940.23 | 5,673.26 | 7,613.49 | 0.00 | 0.00 | 0.00 | 7,613.49 |
| IEV Trucking Corp. | Hogan & Cassell LLP<br>500 North Broadway, Suite 153<br>Jericho, NY  11753 | 1,940.23 | 5,673.26 | 7,613.49 | 0.00 | 0.00 | 0.00 | 7,613.49 |
| Building Dev Corp. | Cohen & Gresser LLP<br>800 Third Avenue<br>New York, NY  10022 | 1,940.23 | 5,673.26 | 7,613.49 | 0.00 | 0.00 | 0.00 | 7,613.49 |
| Dimyon Development Corp. | Cohen & Gresser LLP<br>800 Third Avenue<br>New York, NY  10022 | 1,940.23 | 5,673.26 | 7,613.49 | 0.00 | 0.00 | 0.00 | 7,613.49 |
| New Empire Builder | Desena &  Sweeney LLP<br>1500 Lakeland Avenue<br>Bohemia, NY  11716 | 1,940.23 | 5,673.26 | 7,613.49 | 0.00 | 0.00 | 0.00 | 7,613.49 |
| Plus K Construction Inc. | Joshua Fingold Esq.<br>10 Rockefeller Plaza, 16th Floor<br>New York, NY  10020<br>The Law Office of Olga Vinogradova, P.C.<br>1700 Broadway, Floor 21<br>New York, NY  10019 | 1,940.23 | 5,673.26 | 7,613.49 | 0.00 | 0.00 | 0.00 | 7,613.49 |
| COD Services Corp. | Jaspan, Schlesinger & Hoffman, LL<br>300 Garden City Plaza<br>Garden City, NY  11530 | 1,940.23 | 5,673.26 | 7,613.49 | 1,940.23 | 0.00 | 1,940.23 | 5,673.26 |

| Party | Address | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Triton Construction Company | Westermann Sheehy Keenan Samaan<br>The Omni Building, Suite 702<br>333 Earle Ovington Boulevard<br>Uniondale, NY  11553 | 1,940.23 | 5,673.26 | 7,613.49 | 1,940.23 | 5,673.26 | 7,613.49 | 0.00 |
| Cipriano Excavation Inc. | The Law Office of Mark E. Nadjar,<br>366 Veterans Memorial Hwy<br>Commack, NY  11725 | 1,940.23 | 5,673.26 | 7,613.49 | 0.00 | 0.00 | 0.00 | 7,613.49 |
| All Island Masonry & Concrete | Piana & Gioe<br>1200 Veterans Memorial Highway 360<br>Hauppauge, NY  11788<br>c/o Vincent J. Trimarco, Jr.<br>Law Office of Vincent J. Trimarco Jr.<br>1038 W Jericho Tpke<br>Smithtown, NY  11787 | 1,940.23 | 5,673.26 | 7,613.49 | 0.00 | 0.00 | 0.00 | 7,613.49 |
| M&Y Developers Inc. | c/o William A. Ruskin<br>800 Westchester Avenue, Suite N-641<br>Rye Brook, NY  10573 | 1,940.23 | 5,673.26 | 7,613.49 | 0.00 | 0.00 | 0.00 | 7,613.49 |
| New York Major Construction | c/o William A. Ruskin<br>800 Westchester Avenue, Suite N-641<br>Rye Brook, NY  10573 | 1,940.23 | 5,673.26 | 7,613.49 | 0.00 | 0.00 | 0.00 | 7,613.49 |
| The State of New York | NYS Office of the Attorney General<br>120 Broadway, 26th Floor<br>New York, NY  10271 | 1,940.23 | 5,673.26 | 7,613.49 | 1,940.23 | 5,673.26 | 7,613.49 | 0.00 |
| Basil Seggos | NYS Office of the Attorney General<br>120 Broadway, 26th Floor<br>New York, NY  102711 | 1,940.23 | 5,673.26 | 7,613.49 | 1,940.23 | 5,673.26 | 7,613.49 | 0.00 |
| East Coast Drilling NY Inc. | c/o Michael Robert Wood<br>Cermele & Wood LLP<br>2 Westchester Park Drive, Suite 110<br>White Plains, NY  10604 | 1,940.23 | 5,673.26 | 7,613.49 | 1,940.23 | 0.00 | 1,940.23 | 5,673.26 |
| | | 44,625.29 | 130,484.98 | 175,110.27 | 13,581.61 | 17,019.78 | 30,601.39 | 144,508.88 |

**PAYMENTS RECEIVED:**

| Document | Payor Name | | Date Recd | | | |
|---|---|---|---|---|---|---|
| 6202148 | State of New York | | 3/16/18 | (1,940.23) | | (1,940.23) |
| 6202148 | State of New York (Basil Seggos) | | 3/16/18 | (1,940.23) | | (1,940.23) |
| 5623 | Cermele & Wood LLP | | 3/23/18 | (1,940.23) | | (1,940.23) |
| 6224003 | State of New York | | 3/26/18 | 0.00 | (5,673.26) | (5,673.26) |
| 6224003 | State of New York (Basil Seggos) | | 3/26/18 | 0.00 | (5,673.26) | (5,673.26) |
| 2204 | Sive Paget & Riesel PC | | 3/29/18 | (1,940.23) | | (1,940.23) |
| 25342 | Westermann Sheehy Keenan Samaan & Aydelott LLP | | 3/29/18 | (1,940.23) | | (1,940.23) |
| 1649 | Periconi LLC | | 4/2/18 | (1,940.23) | | (1,940.23) |
| 1224 | COD Services Corp | | 4/26/18 | (1,940.23) | | (1,940.23) |
| 25491 | Westermann Sheehy Keenan Samaan & Aydelott LLP | | 5/7/18 | 0.00 | (5,673.26) | (5,673.26) |
| | | | | (13,581.61) | (17,019.78) | (30,601.39) |

C760188/2387577 - Special Master in Seggos V. Datre

| Third Party | Balance Due |
|---|---|
| East End Materials, Inc. | 7,613.49 |
| Sparrow Construction Corp. | 5,673.26 |
| Monaco Construction Corp. | 7,613.49 |
| 5 Brothers Farming Corp. | 7,613.49 |
| Thomas Datre , Jr. | 7,613.49 |
| ILE Construction Group, Inc. | 7,613.49 |
| Atria Builders, LLC | 5,673.26 |
| Touchstone Homes LLC | 7,613.49 |
| Daytree At Cortland Square Inc. | 7,613.49 |
| IEV Trucking Corp. | 7,613.49 |
| Building Dev Corp. | 7,613.49 |
| Dimyon Development Corp. | 7,613.49 |
| New Empire Builder | 7,613.49 |
| Plus K Construction Inc. | 7,613.49 |
| COD Services Corp. | 5,673.26 |
| Cipriano Excavation Inc. | 7,613.49 |
| All Island Masonry & Concrete, Inc. | 7,613.49 |
| M&Y Developers Inc. | 7,613.49 |
| New York Major Construction Inc. | 7,613.49 |
| East Coast Drilling NY Inc. | 5,673.26 |
| | 144,508.88 |