UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

BASIL SEGGOS, Commissioner of the New York State Department of Environmental Conservation and Trustee of New York State's Natural Resources, and the STATE OF NEW YORK,

        Plaintiffs,

-against-

THOMAS DATRE, JR. et al.,

        Defendants.

---

**Civil Action No. 2:17-cv-02684-MKB-LB**

**NOTICE OF MOTION**

 

**PLEASE TAKE NOTICE,** that upon the Memorandum of Law in Support of the State's Motion for Approval of Consent Decrees, the Declaration of Matthew J. Sinkman and the exhibits thereto, and the Declaration of John D. Davis and the exhibits thereto, plaintiffs Basil Seggos, as Commissioner of the New York State Department of Environmental Conservation and Trustee of New York State's Natural Resources, and the State of New York move this Court to so-order the proposed First, Second, and Third Supplemental Consent Decrees, which are attached as exhibits to the Sinkman Declaration.

**PLEASE TAKE FURTHER NOTICE,** that any opposition shall be served pursuant to a briefing schedule to be agreed upon by the parties.

Dated: New York, New York
       May 26, 2021

                        LETITIA JAMES
                        Attorney General
                        State of New York
                        Attorney for Plaintiffs

               By:   /s/ Matthew J. Sinkman
                        Matthew J. Sinkman
                        Channing Wistar-Jones
                        Assistant Attorneys General
                        Environmental Protection Bureau
                        28 Liberty Street, 19th Floor
                        New York, New York 10005
                        Matthew.Sinkman@ag.ny.gov
                        Channing.Jones@ag.ny.gov
                        (212) 416-8446