# Exhibit D

# 2019 ENGAGEMENT WITH PARKS REPORT





NRPA
National Recreation
and Park Association

*Because everyone deserves a great park*



© NATIONAL RECREATION AND PARK ASSOCIATION

# TABLE OF CONTENTS

INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

KEY FINDINGS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

    Parks and Recreation Is a Part of Everyone's Lives . . . . . . . . . . . . . . . . . 2

    Visiting Parks and Recreation Is a Habit for Nearly Everyone. . . . . . . . . . 5

    How People Engage with Parks and Recreation  . . . . . . . . . . . . . . . . . . . 8

    Barriers Preventing Greater Engagement with Parks and Recreation . . . 11

    Parks and Recreation as a Local Government Function . . . . . . . . . . . . . 11

    The Mission of Parks and Recreation: The NRPA Three Pillars. . . . . . . . . 13

CONCLUSION. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

ABOUT NRPA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

# 2019 ENGAGEMENT WITH PARKS REPORT:
## KEY STATISTICS

**2x** per month — People visit their local park and recreation facilities twice a month on average

People who agree that parks and recreation is an important local government service — **9 in 10**



**93%** People who believe it is important to protect natural resources with parks, trails and green spaces

**88%** People who agree local parks and recreation provide good opportunities to interact with nature and the outdoors

**85%** People who consider high-quality park and recreation amenities important factors when choosing a place to live

# INTRODUCTION

Parks and recreation touches the lives of millions of people every day. Public parks and recreation facilities are places where people can improve their physical and mental health, gather with family and friends or reconnect with nature. With vast, diverse offerings, parks and recreation provides a unique, personal experience for all members of a community. For the young, most local park and recreation agencies offer afterschool and summer camp programming, sponsor sports leagues and present opportunities where young people can learn to love the outdoors and how to protect their natural surroundings. For older adults, parks and recreation is where they can stay physically and mentally healthy. For all, parks and recreation provides options to give back to their communities through service.

With their focus on conservation, health and wellness and social equity, the more than 10,000 local park and recreation agencies across the country make our cities, towns and counties more vibrant, healthier and resilient. In turn, the public recognizes parks and recreation's innate ability to improve the lives of every member of a community. When deciding where they want to reside, people seek places that feature well-maintained parks, vast trail networks, pools and other recreation facilities.

In 2016, the National Recreation and Park Association (NRPA) launched an annual survey that investigates how people engage with their local park and recreation agencies. Each year, the study examines the importance of public parks in people's lives, including how parks compare to other local government services and offerings. Now in its fourth year, the *2019 Engagement with Parks Report* looks at how U.S. residents interact with their local park and recreation facilities, the key reasons driving such interaction and the greatest challenges that prevent increased usage. This year's study, based on responses from a survey of 1,000 adults aged 18 and older, also takes a closer look at people's favorite outdoor activities as well as their support of local governments expanding open space in their jurisdictions for the protection of natural resources in the community.



# KEY FINDINGS

## PARKS AND RECREATION IS A PART OF EVERYONE'S LIVES

Parks and recreation is an essential part of life in America. It brings our communities together by providing places where we can increase physical activity, meet with friends and family, reconnect with nature or help a neighbor in need. People from all walks of life have a personal relationship with their local park and recreation agency. Some may walk on a trail, take a fitness class at the community center, access a nutritious meal, gain a new skill or hobby, or reap the benefits of clean air and water because of preserved open space.

Ultimately, high-quality parks and recreation is a vital factor in a superior quality of life for all. It is not surprising then that having nearby access to great parks and quality recreation opportunities plays a large role in determining where many people choose to live. Eighty-five percent of survey respondents indicate that having a nearby park, playground, open space or recreation center is an important factor in deciding where they want to live. This includes nearly three in five who report that nearby high-quality parks, playgrounds, open spaces or recreation facilities play a "very important" or "extremely important" role in where they choose to reside. Easy access to high-quality parks and recreation opportunities is an important factor for all segments of the U.S. population, but is particularly influential for millennials, Gen Xers, parents and those who identify as Hispanic.



**People Seek High-Quality Park and Recreation Amenities When Choosing Where to Live**
*(Percent of Respondents)*

Easy access to great parks and relevant recreation opportunities is a right of every resident of the United States. Easy access includes having a park, open space, recreation center or other amenity nearby to and from which residents can travel safely—with a particular emphasis on walking to such facilities. All community members should be able to walk to and from well-maintained parks and recreation amenities in just a few minutes without having to cross heavily traveled roads or navigate other pedestrian hazards. The good news is that a majority of people does live within a walkable distance of at least one park or other recreational opportunity. But this is not the case for everyone.

Seven in 10 U.S. residents have at least one local park, playground, open space or recreation center within walking distance of their homes. Even better, 37 percent of survey respondents have more than one nearby park and/or other recreational opportunity. Unfortunately, 29 percent of people are not within walking distance of at least one park or recreational opportunity.



**7 in 10 U.S. Residents Live within a Walkable Distance of a Local Park or Other Recreational Opportunity**
*(Percentage Distribution)*

- Has multiple parks/recreation opportunities within walking distance
- Has a single park or recreation opportunity within walking distance
- Does not have park/recreation facility within walking distance

The percentage of survey respondents who indicate they live near a park or other recreational opportunity, however, varies significantly by region and respondent demographics. For example, 83 percent and 81 percent of survey respondents in the Northeast and West regions, respectively, report that they can walk to a local park compared to 73 percent of those living in the Midwest reporting the same. Only about three in five respondents living in the South indicate there is a park within walking distance of their homes.

People are also more likely to live near a park if they identify as Hispanic (88 percent) or non-white (77 percent). Further,

millennials (78 percent) and Gen Xers (77 percent) are significantly more likely than baby boomers (59 percent) to report having a park and/or recreation facility that is within walking distance.

Further, walkable access to a high-quality park or recreation amenity is found far more frequently in urban settings. Eighty-two percent of city-based U.S. residents report that they can walk to at least one park or recreational opportunity. This percentage declines to 70 percent of survey respondents residing in a suburb and just 53 percent of rural-based survey respondents.



**Percent of U.S. Residents within Walking Distance of a Park or Recreational Opportunity, by Region**

Even with at least one park or recreational opportunity only a short distance away, a majority of people continues to travel to those locations by automobile. Sixty-eight percent of survey respondents indicate that driving is one of the ways they get from their home to a park, playground, open space or recreation center.

"Active" transportation methods—walking, jogging, biking, etc.—have many benefits (e.g., health, environmental, lower costs to name a few). Fortunately, many people travel to their favorite park through an active mode. For example, 48 percent of survey respondents walk to and from a park or recreation amenity. One in five U.S. residents bikes to the local park or other recreational opportunity, while 17 percent either jog or run and seven percent rollerblade or skateboard to the facility.

Who is most likely to walk to their local park? The answer is Gen Zers (61 percent), parents (52 percent) and, not surprisingly, those who live near a park (61 percent).  Biking and jogging are more popular transportation options for millennials and Gen Xers and people who live near a park.

Beyond taking one's car or using a more "active" form of transportation, public transportation (11 percent) and taxi or rideshare (nine percent) are also important methods used to reach a park and recreation amenity. Millennials and those who identify as Hispanic are more likely to take public transportation or a taxi/rideshare.



**Driving and Walking Are the Top Two Ways People Travel to Their Local Parks**
*(Percent of Respondents Who Have Visited a Park)*

| Transportation | Percent |
|---|---|
| Rollerblade/Skateboard | 7% |
| Taxi/Ridesharing | 9% |
| Public Transportation | 11% |
| Jog/Run | 17% |
| Bike | 19% |
| Walk | 48% |
| Drive | 68% |



## VISITING PARKS AND RECREATION IS A HABIT FOR NEARLY EVERYONE

On average, U.S. residents visit their local park and recreation facilities twice a month. But the frequency of these visits can vary greatly. Eighteen percent of survey respondents report they visited a local park facility between six and 10 times

within the past 12 months; another 15 percent made between 11 and 20 visits. Thirteen percent visited their local park and recreation facilities between 21 and 50 times over the past year, while 10 percent of people did so at least 51 times. Forty-four percent of survey respondents who visited a local park and/or recreation facility within the past 12 months report having visited those facilities between one and five times.



**People Frequently Visit Their Local Parks and Recreation Facilities**
*(Percentage Distribution of Respondents Who Have Visited a Park/Recreation Facility in the Past Year)*

- 1–5 visits per year
- 6–10 visits per year
- 11–20 visits per year
- 21–50 visits per year
- 51+ visits per year

44% / 18% / 15% / 13% / 10%

**People Visit their Local Parks and Recreation Facilities on Average Twice a Month**
*(Average and Median Number of Visits over the Past Year)*

| | All | Millennials | Gen Xers | Baby Boomers | Hispanic | Non-Hispanic | Whites | Non-Whites | Parents |
|---|---|---|---|---|---|---|---|---|---|
| Average number of visits | 23.9 | 26.4 | 21.4 | 21.0 | 25.5 | 23.6 | 23.4 | 25.7 | 25.1 |
| Median number of visits | 7 | 8 | 10 | 6 | 6 | 7 | 8 | 6 | 10 |

Proximity and access to multiple nearby park and recreation options are keys to greater usage of such facilities. Consider those survey respondents who went to a park at least 51 times over the past year: more than half (54 percent) of weekly park users have access to multiple parks within a 10-minute walk. Thirty percent of people living within a 10-minute walk of a single park visit that park weekly. Only around one in six (16 percent) U.S. residents who do not live close to any parks make their parks and recreation a part of their weekly routine.

Viewed another way—people with walkable access to multiple parks and recreation facilities enjoyed these amenities 29.6 times, on average, over the past year. On the other hand, survey respondents who do not live within walkable distance of even one park visited such amenities an average of 17.7 times over the past year.

## Proximity to Parks and Recreation Facilities Drives Usage

*(Average and Median Number of Visits over the Past Year)*

|  | All | Walkable Access to Multiple Parks | Walkable Access to a Single Park |
|---|---|---|---|
| **Average number of visits** | 23.9 | 29.6 | 21.2 |
| **Median number of visits** | 7 | 10 | 6 |

Most people have been to a park and/or recreation facility at least once during the past month. Sixty-four percent of survey respondents report they visited a local park or other recreational facility at least once within a month of completing the survey. Six in seven survey respondents had visited a local park and/or recreation facility within the past year.

Many people are even more frequent park users as 43 percent of respondents indicate they visited a local park and/or recreation center at least once during the week prior to completing the survey. Another 21 percent had visited a park

and/or recreation center during the previous month while 15 percent indicate their most recent visit was within the previous two to six months.

Those most likely to have visited a park or recreation facility at least once during the month prior to completing the survey are:

• Parents (60 percent)
• Millennials (56 percent)
• Respondents who identify as Hispanic (54 percent)
• Respondents living in the West (52 percent)



### 64 Percent of U.S. Residents Visited a Local Park or Recreation Facility within the Past Month

*(Percentage Distribution)*

- Within the past week
- Within the last 2–3 months
- Within the last 7–12 months
- Never
- Within the past month
- Within the last 4–6 months
- More than a year ago

43%, 21%, 10%, 5%, 4%, 12%, 4%

Quality programming by park and recreation agencies leads to greater engagement with parks and recreation. Agencies offer a wide variety of programs and activities that meet the needs and desires of the communities they serve. These activities include, but are not limited to, sports leagues, summer camps, before/afterschool care, classes/courses, festivals and events.

Forty-two percent of survey respondents indicate that they (or a member of their household) have participated in one or more park and recreation activities or events in the month prior to completing the survey. Another 14 percent have done so between

two and six months prior. The percentage of respondents who have personally—or have a household member who has—participated in a park and recreation agency activity within the past three months is higher for:

• Parents (66 percent)
• Those who identify as Hispanic (62 percent)
• Those who identify as non-white (54 percent)
• Members of Gen Z (57 percent)
• Millennials (59 percent)
• Gen Xers (52 percent)



**Half of U.S. Residents Have Personally– or Have a Household Member Who Has–Participated in a Park and Recreation Offering/Program in the Past Three Months**
*(Percentage Distribution)*

- Within the past week
- Within the last 2–3 months
- Within the last 7–12 months
- Never
- Within the past month
- Within the last 4–6 months
- Over a year ago

25%
17%
9%
5%
4%
22%
18%

## HOW PEOPLE ENGAGE WITH PARKS AND RECREATION

It is local park and recreation agencies' broad mission of promoting inclusive, healthy, connected-to-nature communities that draws people to park and recreation amenities and services. Whether spending time with friends and family, improving their health or reconnecting with nature after a hectic day at work, people visit their local park and recreation facilities for reasons as diverse as they themselves.

The most-often cited reason people gather at their local parks and/or recreation facilities is to be with family and friends (62 percent). While a majority of survey respondents from every major demographic group identifies "hanging out with their family and friends" as a reason they go to a local park, this factor resonates particularly with parents (70 percent), millennials (68 percent) and Gen Xers (66 percent).

Slightly more than half of survey respondents who visited parks and/or recreation facilities during the past year—52 percent—did so to exercise or increase their level of physical activity. The percentage of respondents linking exercise with their decision to visit a park does not vary significantly by age, race/ethnicity or parental status.

Half of regular park visitors do so to connect with nature. Gen Xers (53 percent) and those living in the West or Midwest (53 percent and 55 percent, respectively) are more likely than other survey respondents to cite "being closer to nature" as a major reason they visit their local parks.

Just over a third of park users visit the facilities to experience excitement or for a taste of adventure. Parents (46 percent), members of Generation Z (44 percent), millennials (42 percent) and Gen Xers (43 percent) are more likely than baby boomers and non-parents to seek excitement and adventure when visiting their local parks.

The reasons people visit their local park and recreation facilities track closely with what they identify as their favorite activities. For more than seven in 10 people, this means visiting a local park, playground, dog park or some other local open space. Just under half of survey respondents report they





**Key Reasons Why We Go to Parks: Family/Friends, Physical Activity and Nature**

*(Percent of Respondents Who Have Personally—or Have a Household Member Who Has—Visited a Local Park/Recreation Facility in the Past Year)*

walked, jogged, biked and/or hiked on a local trail (46 percent) in the past year, while 43 percent visited a local recreation or community center.

Other activities that the public enjoys at local parks and recreation facilities include:

- Playing sports or games with friends and family (33 percent)
- Visiting the local swimming pool or aquatic center (31 percent)
- Taking part in classes or other activities at a local recreation center (20 percent)
- Having children participate in out-of-school time programs (e.g., summer camp, before/afterschool care) (19 percent)
- Participating in local sports leagues (18 percent)

The diverse offerings of park and recreation agencies ensure that there is something for everyone, of every generation and background.

- Baby boomers are more likely than other generational cohorts to indicate their favorite experience is simply visiting a local park/playground/dog park/other open space (77 percent compared to 56 percent of Gen Zers).
- Millennials and Gen Xers are significantly more likely than baby boomers, however, to play sports with family/friends at a park (43 percent and 40 percent, respectively), visit a swimming pool/aquatic center (39 percent and 34 percent, respectively), or take part in classes or other activities at a local recreation center (22 percent and 24 percent, respectively).



**U.S. Residents' Favorite Park and Recreation Activities**

*(Percent of Respondents Who Personally Have—or Have a Household Member Who Has—Visited a Local Park/Recreation Facility in the Past Year)*



# BARRIERS PREVENTING GREATER ENGAGEMENT WITH PARKS AND RECREATION

As much as people engage with their local parks and recreation facilities, three-quarters of survey respondents indicate that there are some factors that prevent them from fully enjoying their community resources. These barriers represent challenges—and perhaps opportunities—for park and recreation professionals to identify solutions to increase the public's use of their agencies' offerings.

Lack of time is the most frequently cited barrier keeping people from greater enjoyment of their local park and recreation facilities. Thirty-seven percent of survey respondents indicate that lack of time prevents them from enjoying their local park and recreation facilities more than they already do. This issue is particularly acute for Gen Xers and parents (43 percent and 45 percent, respectively).

Other barriers keeping people from greater enjoyment of local park and recreation offerings include:

- Excessive costs/fees (18 percent)
- Concern about personal safety at parks and recreation facilities (16 percent)
- Lack of awareness of park and recreation offerings (15 percent)
- Difficulty traveling to and from parks and recreation facilities (15 percent, including 28 percent of members of Generation Z)
- Offerings do not match one's interest (13 percent).

One in five U.S. residents expresses a concern about a lack of quality park and recreation facilities near their home. In particular, younger survey respondents—members of Gen Z (26 percent) and millennials (24 percent)—and those who identify as either Hispanic (28 percent) or non-white (25 percent) are most likely to be dissatisfied with local parks and recreation facilities.



**Top Barriers Keeping People from Greater Enjoyment of Local Park and Recreation Facilities**
*(Percent of Respondents)*

| Barrier | Percent |
|---|---|
| Offerings do not match one's interests | 13% |
| Unaware of the location/offerings | 15% |
| Concern about traveling to/from park/recreation facilities | 15% |
| Concern about personal safety at parks/recreation facilities | 16% |
| Excessive costs/fees | 18% |
| Lack of quality facilities near home | 19% |
| Lack of time | 37% |

# PARKS AND RECREATION AS A LOCAL GOVERNMENT FUNCTION

Parks and recreation is one of many functions of local cities, towns and counties—and it is a critical contributor to the quality of life in our communities. Further, local park and recreation agencies' responsibilities often overlap those of other local government departments including public safety, education, social welfare, health services and economic development.

People recognize and appreciate the positive impact of parks and recreation on their communities. Nine in 10 survey respondents agree that parks and recreation is an important local government service. This strong support for parks and recreation comes from all segments of the population, with particularly robust support from both Gen Xers (94 percent) and parents (92 percent).



### The Public Agrees that Parks and Recreation Is an Important Local Government Service
*(Percentage Distribution)*

- Important
- Not important
- Unsure



### People of All Backgrounds Value Parks and Recreation as an Important Local Government Service
*(Percent of Respondents)*

| Group | Percent |
|---|---|
| Non-parents | 86% |
| Baby Boomers | 88% |
| Millenials | 89% |
| All | 89% |
| Republicans | 91% |
| Democrats | 91% |
| Parents | 92% |
| Gen X | 94% |

The value people place on parks and recreation closely mirrors that for many other local government services. Whereas 89 percent of survey respondents view parks and recreation as an important service provided by local government, other services that compare favorably include:

- Public safety: Fire/EMT (95 percent) and Police (93 percent)
- Water/Utilities (95 percent)
- Roads/Transportation (94 percent)
- Health services (94 percent)
- Education (91 percent)
- Economic development (90 percent)
- Social services (89 percent)



**People Rate Parks and Recreation as Highly as Other Major Local Government Services**

*(Percent of Respondents)*

# THE MISSION OF PARKS AND RECREATION: THE NRPA THREE PILLARS

Parks and recreation transforms our cities, towns and counties into vibrant, healthy and resilient communities thanks to the tireless efforts of more than 10,000 agencies and their more than 160,000 full-time park and recreation professionals across the United States. Guiding each of these agencies are the NRPA Three Pillars that ensure that their efforts enrich every member of their communities. The NRPA Three Pillars are:

- *Conservation:* Protecting open space, connecting people to nature and engaging communities in conservation practices
- *Health & Wellness:* Leading the nation to improved health and wellness through parks and recreation
- *Social Equity:* Ensuring all people have access to the benefits of local parks and recreation.

People agree that NRPA's Three Pillars represent what they want as the guiding principles for their local park and recreation agency. Nearly equal shares of survey respondents view each pillar as a critical agency function

- Seventy-five percent of survey respondents rate Health and Wellness as either an "extremely" or "very" important area on which their local park and recreation agency should focus.
- Seventy-four percent of survey respondents see their park and recreation agency devoting efforts to improve Social Equity as "extremely" or "very" important.

- Seventy-three percent of people consider devoting resources to Conservation as either an "extremely" or "very" important endeavor for their local park and recreation agency.

Solid support for the NRPA Three Pillars is found in nearly every segment of the U.S. population.

- *Millennials:* 78 percent consider Health and Wellness, 75 percent view Conservation and 80 percent indicate Social Equity as important areas for these agencies.
- *Gen Xers:* 79 percent consider Health and Wellness, 76 percent view Conservation and 78 percent indicate Social Equity as important areas for these agencies.
- *Baby boomers:* 72 percent consider Health and Wellness, 73 percent view Conservation and 72 percent indicate Social Equity as important areas for these agencies.
- *Those who identify as Hispanic:* 81 percent consider Health and Wellness, 74 percent view Conservation and 79 percent indicate Social Equity as important areas for these agencies.
- *Parents:* 82 percent consider Health and Wellness, 79 percent view Conservation and 84 percent indicate Social Equity as important.

Even in a divisive political environment, support for the NRPA Three Pillars is not a partisan issue.

- *Democrats:* Health and Wellness (79 percent), Conservation (82 percent) and Social Equity (80 percent)
- *Republicans:* Health and Wellness (80 percent), Conservation (76 percent) and Social Equity (78 percent)





**The Public Views the NRPA Three Pillars as Important Park and Recreation Agency Priorities**
*(Percent of Respondents Indicating the Pillars Are Either "Extremely" or "Very" Important)*

Reflecting their broad-based support for NRPA's Conservation Pillar, most people desire to live in a thriving environment resulting from conservation practices. They also view having easy access to nature and natural resources in local parks, trails and waterways as even more valuable.

In turn, there is widespread agreement among survey respondents that their local government should work to protect natural resources—including fresh air, clean water and unpolluted green spaces—through the acquisition and maintenance of local parks, trails and green spaces adjacent to lakes, rivers and waters. Specifically, 93 percent of survey respondents indicate it is critical that their local government develops local parks, trails and green spaces near bodies of water for the purpose of protecting natural resources in their community.

The support for ongoing investment in public open spaces spans virtually every demographic group of U.S. residents, with even stronger backing among Gen Xers and parents. Most notably, the robust support for such investment also crosses the political spectrum, with 95 percent of Democrats and 94 percent of Republicans agreeing with this view.



**The Public Agrees It Is Important that their Local Government Acquire, Construct and Maintain Local and Other Open Spaces to Protect Natural Resources**
*(Percentage Distribution)*

Parks, trails and other natural amenities connect people to nature and provide a much-needed respite from our ever-connected lifestyles. Each also improves the physical and mental health of their visitors. Local park and recreation agencies manage millions of acres of open space across the United States—from parks and sprawling trail networks to beaches and other waterways.

Survey participants feel it is vital that residents in their communities have nearby access to a wide variety of outdoor recreation options. Having many outdoor opportunities reflects a desire to slow down and marvel at the world around us. For example, 87 percent of U.S. residents indicate it is important to have access to a secluded, outdoor, quiet place where they can relax and reflect while 85 percent seek places that provide a scenic view of the nature around them. Further, 81 percent of survey respondents desire local amenities that provide the opportunity to observe wildlife (e.g., birdwatching).

Other sought-after outdoor recreation outcomes focus on connecting more with nature. For example, 85 percent of survey respondents want nearby access to lakes, ponds, rivers and other water bodies to take a swim, go fishing or boat. Eighty-two percent of people want nearby trail networks for walking, running, hiking and biking; 70 percent seek nearby campsites and campgrounds.

Each of these outdoor options is even more important for:

• *Millennials, Gen Xers and parents:* outdoor secluded and quiet places, scenic views of nature and trails

• *Millennials, Gen Xers, parents and people who identify as Hispanic:* places to observe wildlife and campsites and access to nearby waterways



People largely agree that their local park and recreation agency does a good job providing their community with many opportunities to interact with nature and the outdoors. But many also seek more nearby outdoor recreation options.

Eighty-eight percent of U.S. residents indicate that their "local park and recreation agency does a good job providing

outdoor recreation opportunities." This includes 57 percent of survey respondents who either agree "completely" or "very much" with this statement. However, 31 percent of survey respondents only "somewhat" agree that their local park and recreation agency is doing a good job. Further, 11 percent of survey respondents disagree with this sentiment.



**Nearly 9 in 10 People Agree that their Local Park and Recreation Agency Does a Good Job Providing Opportunities to Interact with Nature**

*(Percentage Distribution)*

- Agree completely
- Agree very much
- Agree somewhat
- Disagree somewhat
- Disagree very much
- Disagree completely



# CONCLUSION

As trite as it may sound, nearly everyone loves parks and recreation and makes a habit of enjoying these amenities and services. Six out of seven people have visited a local park and/or recreation facility at least once within the past year, and on average do so twice a month. Nearby access to parks, trails and recreation amenities drives greater usage of those facilities. In addition, people seek places to live that offer high-quality park and recreation amenities and programming.

Parks and recreation's success results from its vast offerings of parks, trail networks and other recreational facilities that deliver critical programs for every segment of a community. Each person's relationship with parks and recreation is unique to him/herself. Whereas some people may see their local park as a place to stay physically fit, meet with friends and family or reconnect with nature, others turn to their local agency for indispensable services that improve lives. This includes out-of-school-time programs that provide afterschool and summertime care for millions of children, programming that helps keep older adults active and healthy, and other essential offerings that improve the lives of the most vulnerable community members.

No other local government-related agency can bring the natural world to every person. As our nation's cities grow and suburbs continue their sprawl, people have an increasing need for breaks from the day-to-day drudgery of working indoors. It is little wonder then that people want their local park and recreation agency to protect local natural resources further through the acquisition, construction and maintenance of local parks, trails and green spaces.

More broadly, the more than 10,000 local park and recreation agencies in the United States bring positive change to every member of the community through their focus on conservation, health and wellness and social equity, and their ability to deliver effective and efficient solutions to the many challenges facing our communities. Indeed, parks and recreation is not a luxury, but a valuable contributor to our way of life.

The *2019 Engagement with Parks Report* makes clear this point: people highly value the work that park and recreation agencies deliver to their local communities every day and strongly support their mission. The public's strong and broad-based support for parks and recreation solidifies any case being made to local political leaders, stakeholders and the media for greater and more stable funding.





# ABOUT NRPA

The National Recreation and Park Association (NRPA) is a national not-for-profit organization dedicated to advancing parks, recreation and conservation efforts that enhance quality of life for all people. Through its network of 60,000 recreation and park professionals and advocates, NRPA encourages the promotion of healthy and active lifestyles, conservation initiatives and equitable access to parks and public space.

NRPA brings strength to our message by partnering with like-minded organizations including those in the federal government, nonprofits and commercial enterprises. Funded through dues, grants, registrations and charitable contributions, NRPA produces research, education and policy initiatives for our members that ultimately enrich the communities they serve.

NRPA places immense importance on research and data to raise the status of parks and recreation and conducts research with two goals. First, NRPA creates data to help park and recreation agencies make optimal decisions on operations, programming and spending. Second, NRPA generates data and insights that support park and recreation professionals making the case for greater and more stable funding to policymakers, key stakeholders, the media and the general public. The NRPA research team works closely with internal subject matter experts, respected industry consultants and the academic community to develop its reports and data resources. Learn more at www.nrpa.org/Research



**22377 Belmont Ridge Road**
**Ashburn, VA 20148-4501**

**800.626.NRPA (6772) | nrpa.org**