

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

| | |
|---|---|
| LETITIA JAMES<br>ATTORNEY GENERAL | DIVISION OF SOCIAL JUSTICE<br>ENVIRONMENTAL PROTECTION BUREAU |

February 7, 2022

**VIA ECF**
Hon. Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    <u>Seggos et al. v. Datre et al.</u>, Civil Action No. 2:17-cv-02684-MKB-LB

Dear Judge Brodie:

    My office represents plaintiffs Basil Seggos, as Commissioner of the New York State Department of Environmental Conservation, and the State of New York in this action. On January 25, the Court denied the motion made by several defendants to dismiss the action as untimely. ECF No. 461. I write to request a status conference to discuss next steps in the action, including commencement of full discovery.

                          Sincerely,

                          /s/  Channing Wistar-Jones

                          Assistant Attorney General

cc:    All counsel (by ECF)

       Thomas Datre, Jr.
       5 Brothers Farming Corp.
       2101 Pond Road
       Ronkonkoma, New York 11779

       Plus K Construction Inc.
       162-19 Depot Road, Suite 202
       Flushing, New York 11358